# Jeff Upp

| | |
|---|---|
| **From:** | Jake Reinbold |
| **Sent:** | Thursday, July 19, 2018 3:32 PM |
| **To:** | 'Ronald Myers' |
| **Cc:** | Sandy Cook |
| **Subject:** | Beshears v. Wood |

Lynn –

Plaintiff's answers to defendant's 1st INT are now overdue. Please let me know when you have some time to discuss. I would like to resolve this issue as soon as possible. Thanks.

Jake

George W. (Jake) Reinbold, IV
Attorney at Law
Turner, Reid, Duncan, Loomer & Patton, P.C.
1355 E. Bradford Parkway, Suite A
P.O. Box 4043
Springfield, Missouri 65808
(417) 883-2102
(417) 883-5024 (facsimile)
jreinbold@trdlp.com

### CONFIDENTIALITY NOTICE

THE SENDER OF THIS E-MAIL IS A LAW FIRM. THIS E-MAIL CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THE E-MAIL IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS IN ERROR, PLEASE NOTIFY US BY TELEPHONE OR RETURN E-MAIL.



**EXHIBIT**

**A**