# Transcript of the Testimony of
# **Andrew Wood**

**Date:** October 18, 2018

**Case:** Beshears v. Wood
3:17-CV-05048-SW-BK; USDC



Alpha Reporting & Video
Phone:417-887-4110
Fax:417-889-4246
transcripts@alphareportingservice.com
www.alphareportingservice.com

OUT-OF-TOWN DEPOSITIONS?



WE'VE GOT YOU COVERED!

WWW.DEPOSPAN.COM

**EXHIBIT A**

speculation.

A. I wouldn't disagree with that.

Q. (By Mr. Myers) Okay.

A. Have I ever read that statute?  No.

Q. Okay.  And was there any rush to open this estate with the Reynolds prior to your discussing this matter with John?

A. Yes.

Q. And what was that?

A. There was allegations that somebody -- I guess go back.  We did not know -- the Reynolds came in to me -- that Mike and Sue did not have any close friends, that Mike and Sue -- other than the Reynolds -- other than the Reynolds.

That Mike had some relatives that he was very suspicious of.  There was thought -- one of them had just gotten out of prison, this Sikes guy.  And there was thought that they were going to go into the court and petition to be named guardians as the closest relatives for Mike.

And that was the fear, that they maybe had already been down to his house and maybe had already been through his house, that actually there was -- there was concern that somebody else -- a relative was going to come in there that Mike did not want to

19

be named guardian, which was later confirmed by Mike when I went up to talk to him and Mike -- like I say, that's why Mike was very, very happy that the Reynolds had come in and that I had agreed to come in to help the Reynolds to be named guardian.

Q. Now, what investigation did you do concerning the Reynolds as far as their ability or skill to handle an estate of this size?

A. They --

       MR. REINBOLD: Hold on. Object to form. Vague and ambiguous.

A. Yeah. They came in to see me to retain me to represent them in regard to the guardianship. They were the only viable folks. She had been a school teacher with Sue.

       You know, I may have spoke with another person I know named Reynolds to make sure that they were a school teacher and they were close. But other than that, they were the only viable folks out there and they looked like good people. And I -- like I said, I think they were the friends -- they were the closest friends of Mike and Sue Beshears.

Q. (By Mr. Myers) Now, during the time after they were -- the Reynolds were appointed, did Mike ever advise you that they had had him place them on a

Case 3:17-cv-05048-RK    Document 79-1    Filed 11/15/18    Page 3 of 4

missing?

A. I don't recall that now.

Q. Okay. Any other complaints that he had?

A. Generally, no. I mean, at some point he was complaining that he thought they were restraining him. And it was -- it was almost like it was an old friend or a marriage that had gone bad.

Q. Did you ever offer to mediate between he and the Reynolds?

A. No. He had -- what happened he made the complaint. I would call up the Reynolds, my clients, and tell them. And I know the first couple of times I think they went and showed him that the money wasn't missing. And he was satisfied. And then I wouldn't hear anything from him for a while.

Q. Did you ever examine the accounts yourself to make sure the money was not missing?

A. I don't recall that. I advised my clients to look at it and to get in touch with him, and I let them know when Mike came in.

Q. Okay. Mike was also your client, was he not?

A. Not on the guardianship, he wasn't.

Q. Well, he was on the moneys?

A. What do you mean by "moneys"?

Q. I've got a contract sitting here that says you