IN THE 40TH JUDICIAL CIRCUIT COURT, MCDONALD COUNTY, MISSOURI

GENE HALL

JUL - 8 2009

CIRCUIT CLERK
McDONALD COUNTY MO

| Judge or Division: PROBATE | Case Number: 09MC-PR00045 |
|---|---|

In the Matter of JOHN M. "MIKE" BESHEARS, Respondent.

(Date File Stamp)

## Notice of Hearing to Respondent

**To**: JOHN M BESHEARS

**Service Address**: FREEMAN WEST HOSPITAL, ICU, 1102 W. 32ND ST. JOPLIN, MO 64804

**You are Notified** that a petition has been filed alleging that you are incapable of caring for yourself and/or managing your property. A copy of the petition and a list of prospective witnesses are attached pursuant to Section 475.075 RSMo. There is good cause for exercising jurisdiction.

This matter will be heard on **04-AUG-2009** at **10:30 AM** at the courtroom of the Probate Division, Mcdonald County, located at PINEVILLE, MO 64856.

ERIN WILLIS, has been appointed as counsel for you by the Court
607 MAIN STREET, PINEVILLE, MO 64856, 417-223-2890

RECEIVED
JUL 2 2009

**You Are Further Notified** that, in addition to any other rights provided by law, you have the right: (1) to be represented by an attorney; (2) to have a jury trial; (3) to present evidence in your own behalf; (4) to cross-examine witnesses who testify against you; (5) to remain silent; (6) to have the hearing opened or closed to the public, as you elect; (7) to a hearing conducted in accordance with the rules of evidence in civil proceedings except as modified by Chapter 475 RSMo; and (8) to be present at the hearing, if you so desire.

I, Clerk of the Probate Division of the Circuit Court of Mcdonald County, Missouri, have signed my name and affixed the seal of the court on JUNE 30, 2009.

*COURT SEAL OF*



*MCDONALD COUNTY*

_____
Clerk

**EXHIBIT B**

Case 3:17-cv-05048-RK    Document 79-2    Filed 11/15/18    Page 1 of 1    475.075.2 RSMo