FILED
GENE HALL

JUN 3 0 2009

CIRCUIT CLERK
McDONALD COUNTY MO

IN THE CIRCUIT COURT OF {COUNTY}, MISSOURI
PROBATE DIVISION

In the Matter of            )
JOHN M. "MIKE" BESHEARS      )        Case No. 09MC-PR _00045_
            Respondent.      )

## ORDER APPOINTING ATTORNEY FOR RESPONDENT
## AND FOR HEARING

Now on this date, the court finds that on June 30, 2009, a petition was filed alleging that respondent is incapacitated or disabled or both and that a guardian of his person or a conservator of his estate or both should be appointed. The court finds that said petition is in the form required by law and that good cause exists for the exercise of jurisdiction. It is, therefore,

Ordered that:

1. ___Eric Willis___ is appointed to represent respondent in connection with said petition;

2. The clerk of the probate division issue a notice of hearing to be personally served upon respondent and to be served upon other interested persons as required by law;

3. Any person having possession, custody or control of any medical or hospital records of respondent shall make all such records available to the above named attorney for his inspection. A facsimile copy of this order shall constitute evidence of said attorney's right to immediate and unrestricted inspection of said records.

Dated: _06/30/2009_

_____
Judge

EXHIBIT C