IN THE CIRCUIT COURT OF McDONALD, MISSOURI
PROBATE DIVISION - AT PINEVILLE

In the Matter of )
)
**JOHN MICHEAL BESHEARS,** ) Estate # _09 MC PR 00045_
)
A Person Allegedly )
Incapacitated/Disabled )

## PETITION FOR APPOINTMENT OF A GUARDIAN OF THE PERSON AND CONSERVATOR OF THE ESTATE

Comes now the undersigned Petitioner and states as follows:

A.   GENERAL INFORMATION:

The Respondent hereinabove, is a male, aged fifty-nine (59) years, domiciled in McDonald County, Missouri, whose post office address is 6565 County Road, Seneca, McDonald County, Missouri. Any of the foregoing facts not supplied are unknown to Petitioner, and the efforts made to ascertain such unknown facts are as follows: NONE.

The Respondent is, by reason of a physical or mental condition, specifically, Respondent was involved in an automobile accident on Friday, June 26, 2009. As a result of this accident, Respondent is in a coma in the Intensive Care Unit of Freeman Hospital in Joplin, Missouri. Respondent has sustained multiple broken bones, has significant internal injuries including loss of kidney function and is on a respirator. Respondent's wife died as a result of injuries sustained in the same accident, and he is now unable to receive and evaluate information or to communicate decisions to the extent stated in this petition.

The estimated value of Respondent's real property is unknown, and personal property unknown. Said property, or the major part thereof, is located in McDonald County, in the State of Missouri.

Respondent's mother is not living, and Respondent's father is not living.

**EXHIBIT D**

The names, relationship to Respondent and addresses of Respondent's living parents, spouse and living children (with all who have attained the age of eighteen years being so designated), and any guardian or limited guardian of the person or conservator or limited conservator of the estate of Respondent appointed in this or any other state, and if no living parent, spouse, or child who has attained the age of eighteen years, is known, the name and address of one of Respondent's closest relatives who has attained the age of eighteen years, are as follows:

| NAME | RELATIONSHIP | ADDRESS |
| --- | --- | --- |

**Respondent has no living children, siblings or parents.**

The names and addresses of the witnesses who might be called to testify in support of this petition are: **Medical personnel of Freeman Health Systems; Ruth Ann Reynolds and Charles V. Reynolds, 4332 S. Jackson, Joplin, Missouri 64804.**

B. GUARDIANSHIP OF THE PERSON (complete paragraph B if guardianship is requested):

Respondent is incapacitated to the degree checked below:

**XXXX** Respondent is INCAPACITATED, and lacks capacity to meet essential requirements for food, clothing, shelter, safety or other care such that serious physical injury, illness or disease is likely to occur, and appointment of a GUARDIAN is required.

_____ Respondent is PARTIALLY INCAPACITATED, and lacks capacity to meet, in part, essential requirements for food, clothing, shelter, safety or other care without Court-ordered assistance, and appointment of a LIMITED GUARDIAN is required.

Appointment of a guardian of Respondent's person is sought because: **Respondent is in a coma as set forth above.**

Petitioner requests that Letters of Co-Guardianship be issued to **Charles V. Reynolds and Ruth Ann Reynolds**, who is not now guardian of the person or conservator of the estate of any persons.

C. CONSERVATORSHIP OF THE ESTATE (complete paragraph C if conservatorship is requested):

Respondent is disabled to the degree checked below:

**XXX** Respondent is DISABLED, and lacks ability to manage his financial resources, and appointment of a CONSERVATOR is required.

_____ Respondent is PARTIALLY DISABLED, and lacks capacity to manage, in part, h__ financial resources, and appointment of a LIMITED CONSERVATOR is required.

Appointment of a conservator of Respondent's estate is sought because: **Respondent is in a coma, as set forth above, and he is completely unable to manage his financial affairs.**

Petitioner requests that Letters of Co-Conservatorship be issued to **Charles V. Reynolds and Ruth Ann Reynolds**, who are not now guardians of the person or conservators of the estate of any persons except those whose names and addresses follow (unless revealed in paragraph B above): NONE.

Petitioners are lifelong friends of the Respondent, and Respondent had documentation on his person requesting that Petitioners be notified in case of an emergency.

C.    OTHER RELIEF

Any request presently being made for additional or other relief which is not set out above is made, and the specific grounds therefor stated, in an attachment hereto.

The foregoing is made under oath or affirmation and its representations are true and correct to the best knowledge and belief of the undersigned, subject to the penalties of making a false affidavit or declaration.

x_____
Charles V. Reynolds - Petitioner

_____
Ruth Ann Reynolds - Petitioner
4332 S. Jackson
Joplin, MO 64804
(417) 781-3755

**Charles V. Reynolds and Ruth Ann Reynolds**

_____     Phone
Co-Petitioners (type or print)Address

ENTRY OF APPEARANCE BY ATTORNEY(S) (signature required):

_____ 35743 ___ P.O. Box 276, Neosho, Missouri (417) 451-4141
Andrew Wood    Missouri  Address                              Phone

Bar #

_____

CONSENT TO ACT:

The undersigned, having been nominated in the foregoing petition to serve as guardian of the person or conservator of the estate of Respondent, consents to act in the capacity for which nominated.

**Charles V. Reynolds**
Signature                          (Print Name)

Ruth Ann Reynolds
Signature                          (Print Name)