

# IN THE 40TH JUDICIAL CIRCUIT COURT, MCDONALD COUNTY, MISSOURI

| Judge or Division:<br>PROBATE | Case Number: 09MC-PR00045 |
|---|---|

In the Matter of JOHN M. BESHEARS, Respondent.

(Date File Stamp)

## Judgment of Incapacity and Disability

Cause called on this date. ☒ Petitioner(s) appears in person ☒ and/or by attorney, and ☐ Respondent(s) appears in person ☒ and/or by attorney. The court finds that jurisdiction exists and the Respondent was served with notice of hearing. Request for jury waived. The court finds that:

1. Respondent is domiciled in  County, Missouri.

2. Respondent waived the right to a trial by jury.

☐ 3. Respondent is totally incapacitated and totally disabled by reason of respondent's mental condition and is unable to care for self and financial resources.

☒ 4. Respondent is totally incapacitated and totally disabled by reason of respondent's physical condition and is unable to care for self and financial resources.

5. By reason of respondent's total incapacity and disability, it is necessary to appoint guardian(s) of the person and conservator(s) of the estate.

6. CHARLES V. REYNOLDS and RUTH ANN REYNOLDS (are) suitable and qualified to serve as guardian(s) of the person and conservator(s) of the estate.

7. Respondent's condition requires placement in a  type of living situation which the court finds to be the least restrictive environment to be selected by respondent's guardian(s), unless and until the guardian(s) finds such placement to be inappropriate.

8. Respondent is legally disabled, without exception, as provided by Section 475.078.2 RSMo.

☐ 9. Respondent is entitled to public assistance under Chapter 208 RSMo and is unable to assume the expense of this proceeding, and ☐ no bond is required ☐ bond is required, and this proceeding is without cost to respondent's estate.

**The Court orders** that:

1. Respondent is totally incapacitated and totally disabled as defined in Section 475.010 RSMo and is, therefore, legally disabled, without exception, as provided by Section 475.078.2 RSMo.

2. CHARLES V. REYNOLDS and RUTH ANN REYNOLDS is (are) appointed guardian(s) of the person and conservator(s) of the estate with full powers as provided by law and, as conservator(s), said fiduciary(ies) shall serve ☐ with bond, subject to the courts approval, in the amount of $  ☒ without bond.

3. Respondent's attorney is allowed a reasonable attorney's fee in the sum of $_____ to be paid by _____.

☒ 4. The conservator(s) shall file an annual report as to all monies received for the benefit of respondent, and as guardian(s), shall file an annual report as to the personal status of the respondent.

5. The clerk shall issue Letters upon satisfaction of bond requirements.

6. Respondent shall surrender his/her license containing a concealed carry endorsement to the court if number 3 above is checked.

7. Costs:   ☐ Waived      ☒ To be paid by Respondent's estate.      ☐ To be paid by Petitioner.

> **EXHIBIT E**

DATE: 7/7/09

COMMISSIONER

JUDGE

OSCA (03-04) PR350

1 of 1                         208.150, 475.075.9, 571.101, 571.104 RSMo